UNITED STATES DISTRICT COURT       EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SHARON CASEY and<br>MIKAEL CASEY,<br><br>   Plaintiffs,<br><br>versus<br><br>STATE FARM LLOYDS,<br><br>   Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:26-CV-00129-MAC-CLS |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Pursuant to the applicable laws and orders of this court, this action was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters.  28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72.

On July 10, 2026, Judge Stetson issued a Report and Recommendation (#13) advising the court to deny Plaintiffs' motion to remand to state court (#6).  To date, no objections were filed. Accordingly, the court received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.  Thus, the Report and Recommendation (#13) is **ADOPTED** and Plaintiffs' motion to remand (#6) is **DENIED**.

SIGNED at Beaumont, Texas, this 29th day of July, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE