**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **SHARON CASEY and MIKAEL CASEY,** | § | |
| **Plaintiffs,** | § | |
| | § | **CIVIL ACTION NO. 1:26-CV-00129-MAC-CLS** |
| **versus** | § | |
| **STATE FARM LLOYDS,** | § | |
| **Defendant.** | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to the applicable laws and orders of this court, this action was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On August 10, 2026, Judge Stetson issued a Report and Recommendation (#16) advising the court to grant the Parties' Agreed Motion to Dismiss with Prejudice (#15). To date, no objections were filed. Accordingly, the court received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct. Thus, the Report and Recommendation (#16) is **ADOPTED** and the Parties' Agreed Motion to Dismiss with Prejudice (#15) is **GRANTED**. A separate Final Judgment shall be issued.

SIGNED at Beaumont, Texas, this 25th day of August, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE